IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LAUREN GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MOSS LAW FIRM, P.C., | ) ) |
| Defendant. | )  Civil Action No. 5:22-CV-0198-C |

## ORDER

On this day, the Court considered the Parties' Joint Stipulation of Dismissal, filed September 14, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED.

Dated September 19, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE